# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1243**  **September Term, 2023**

LOC-86FR59452

**Filed On:** September 27, 2023

National Religious Broadcasters
Noncommercial Music License Committee,

    Appellant

    v.

Copyright Royalty Board and Librarian of Congress,

    Appellees

------------------------------

Google LLC, et al.,
               Intervenors

------------------------------

Consolidated with 21-1244, 21-1245

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judge

### O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Daniel J. Reidy
            Deputy Clerk